■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KENNETH MICHAEL WELCH, Appellant.—Two judgments of the County Court, Suffolk County, both rendered May 25, 1977, affirmed (see *People v Jackson,* 46 NY2d 721; *People v Iannone,* 45 NY2d 589). Hopkins, J. P., Martuscello, Latham and Hawkins, JJ., concur.